Steven L. Rodriguez, State Bar No. 199313
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: 415.617.6103
Facsimile: 415.617.6101
Email: srodriguez@cozen.com

Christopher B. Kende, State Bar No. 182711
Christopher Raleigh, *To Seek Pro Hac Vice Admission*
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, NY 10006
Telephone: 212.509.9400
Facsimile: 212.509.9492
Email: ckende@cozen.com
Email: craleigh@cozen.com

Attorneys for Defendant
AIR FRANCE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 0134

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR FRANCE, <br><br> Defendant. | Case No.: _____ <br><br> CERTIFICATE OF SERVICE |

//
//
//

1

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the City and County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, San Francisco, California 94104-2215; Telephone: (415) 617-6100; Facsimile: (415) 617-6101.

    On the date set forth below, I placed the foregoing

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(B) (FEDERAL QUESTION AND DIVERSITY);**

**CIVIL COVER SHEET**

in envelope(s) addressed as follows:

X      **(By First Class Mail)** I sealed each envelope and caused each, with first-class postage thereon fully prepaid, to be placed for deposit in the United States mail at San Francisco, California addressed to the offices of each addressee as indicated below or on the attached Service List.

    **(By U.S. Postal Express Mail)** I sealed each envelope and caused each, with Express Mail postage thereon fully prepaid, to be placed in the U.S. Post Office Express Mail depository at San Francisco, California for next day delivery addressed to the offices of each addressee as indicated below or on the attached Service List.

    **(By Federal Express/UPS)** I sealed each envelope and caused each, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box or courier at San Francisco, California for next business day delivery addressed to the offices of each addressee as indicated below or on the attached Service List.

    **(By Personal Service)** I sealed each envelope and caused each, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee as indicated below or on the attached Service List.

    I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United

//

2

**CERTIFICATE OF SERVICE**

States of America and of the State of California that the foregoing is true and correct.

Executed January 8, 2008 at San Francisco, California.

By: _____
Joan Johnson

## SERVICE LIST

| Counsel | Representing |
|---|---|
| Alexander Anolik, Esq.<br>ALEXANDER ANOLIK, A PLC<br>2107 Van Ness Avenue<br>San Francisco, CA 94109<br>Tel: 415-573-3333<br>Fax: 415-673-3548<br>Email: | Attorneys for Plaintiffs |
| Christopher B. Kende, Esq.<br>Christopher Raleigh, Esq.<br>COZEN O'CONNOR<br>45 Broadway, 16th Floor<br>New York, NY 10006<br>Tel: (212)509-9400<br>Fax: (212) 509-9492<br>E-Mail: ckende@cozen.com<br>E-Mail: craleigh@cozen.com | Attorneys for Defendant AIR FRANCE |

SAN_FRANCISCO\44942\1  181975.000

**CERTIFICATE OF SERVICE**