1 | Steven L. Rodriguez, State Bar No. 199313
COZEN O'CONNOR
2 | 425 California Street, Suite 2400
San Francisco, CA 94104
3 | Telephone: 415.617.6103
Facsimile: 415.617.6101
4 | Email: srodriguez@cozen.com

5 | Christopher B. Kende, State Bar No. 182711
Christopher Raleigh, *To Seek Pro Hac Vice Admission*
6 | COZEN O'CONNOR
45 Broadway, 16th Floor
7 | New York, NY 10006
Telephone: 212.509.9400
8 | Facsimile: 212.509.9492
Email: ckende@cozen.com
9 | Email: craleigh@cozen.com

10 | Attorneys for Defendant
AIR FRANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR FRANCE, <br><br> Defendant. | Case No.: CV-08-0134 EMC <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No.: CV-08-0134

DATED: January _9_, 2008        COZEN O'CONNOR

                                            By:   /s/ Steven L. Rodriguez
                                                    STEVEN L. RODRIGUEZ
                                                    Attorneys for Defendant
                                                    AIR FRANCE

SAN_FRANCISCO\44948\1  217159.000

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No.: CV-08-0134