| | |
|---|---|
| 1 | Steven L. Rodriguez, State Bar No. 199313 |
| | COZEN O'CONNOR |
| 2 | 425 California Street, Suite 2400 |
| | San Francisco, CA  94104 |
| 3 | Telephone: 415.617.6103 |
| | Facsimile: 415.617.6101 |
| 4 | Email: srodriguez@cozen.com |
| | |
| 5 | Christopher B. Kende, State Bar No. 182711 |
| | Christopher Raleigh, *To Seek Pro Hac Vice Admission* |
| 6 | COZEN O'CONNOR |
| | 45 Broadway, 16th Floor |
| 7 | New York, NY  10006 |
| | Telephone: 212.509.9400 |
| 8 | Facsimile: 212.509.9492 |
| | Email: ckende@cozen.com |
| 9 | Email: craleigh@cozen.com |
| | |
| 10 | Attorneys for Defendant |
| | AIR FRANCE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA, | Case No.: CV 08 0134 EMC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| AIR FRANCE, | |
| Defendant. | |

//

//

//

1

1  I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years,
2  and not a party to the within action. I am employed in the City and County of San Francisco,
3  California, in which county the within mentioned service occurred. My business address is Cozen
4  O'Connor, 425 California Street, Suite 2400, San Francisco, California 94104-2215; Telephone:
5  (415) 617-6100; Facsimile: (415) 617-6101.

On the date set forth below, I placed the foregoing

**ECF REGISTRATION INFORMATION HANDOUT;**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**

**ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES;**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

in envelope(s) addressed as follows:

X   **(By First Class Mail)** I sealed each envelope and caused each, with first-class postage thereon fully prepaid, to be placed for deposit in the United States mail at San Francisco, California addressed to the offices of each addressee as indicated below or on the attached Service List.

**(By U.S. Postal Express Mail)** I sealed each envelope and caused each, with Express Mail postage thereon fully prepaid, to be placed in the U.S. Post Office Express Mail depository at San Francisco, California for next day delivery addressed to the offices of each addressee as indicated below or on the attached Service List.

**(By Federal Express/UPS)** I sealed each envelope and caused each, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box or courier at San Francisco, California for next business day delivery addressed to the offices of each addressee as indicated below or on the attached Service List.

**(By Personal Service)** I sealed each envelope and caused each, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee as indicated below or on the attached Service List.

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose

2

**CERTIFICATE OF SERVICE**

1  direction the service was made. I declare under penalty of perjury under the laws of the United
2  States of America and of the State of California that the foregoing is true and correct.
3       Executed January 9, 2008 at San Francisco, California.
4                                            By: _____
5                                                   Joan Johnson

## SERVICE LIST

| Counsel | Representing |
|---|---|
| Alexander Anolik, Esq.<br>ALEXANDER ANOLIK, A PLC<br>2107 Van Ness Avenue<br>San Francisco, CA 94109<br>Tel: 415-573-3333<br>Fax: 415-673-3548<br>Email: | Attorneys for Plaintiffs |
| Christopher B. Kende, Esq.<br>Christopher Raleigh, Esq.<br>COZEN O'CONNOR<br>45 Broadway, 16th Floor<br>New York, NY 10006<br>Tel: (212)509-9400<br>Fax: (212) 509-9492<br>E-Mail: ckende@cozen.com<br>E-Mail: craleigh@cozen.com | Attorneys for Defendant AIR FRANCE |

SAN_FRANCISCO\44952\1  217159.000