1  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA  94104
3  Telephone: 415.617.6103
   Facsimile: 415.617.6101
4  Email: srodriguez@cozen.com

5  Christopher B. Kende, State Bar No. 182711
   Christopher Raleigh, *To Seek Pro Hac Vice Admission*
6  COZEN O'CONNOR
   45 Broadway, 16th Floor
7  New York, NY  10006
   Telephone: 212.509.9400
8  Facsimile: 212.509.9492
   Email: ckende@cozen.com
9  Email: craleigh@cozen.com

10 Attorneys for Defendant
   AIR FRANCE
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15 CARMELITA LLORERA, ESTATE OF ROMIEL  )  Case No.: CV-08-0134 SC
   LLORERA,                             )
16                                      )  **DEFENDANT AIR FRANCE'S**
               Plaintiffs,              )  **CORPORATE DISCLOSURE**
17                                      )  **STATEMENT**
         vs.                            )
18                                      )  [FED.R.CIV.P. 7.1]
   AIR FRANCE,                          )
19                                      )
               Defendant.               )
20                                      )
                                        )
21

22 **TO THE HONORABLE DISTRICT COURT**:

23 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorney of record for

24 Defendant Air France certifies as follows:

25     1.    The corporate parent of the defendant, AIR FRANCE is AIR FRANCE-KLM.

26     2.    AIR FRANCE-KLM is a publicly held corporation which trades on the Euronext

27 Paris and Amsterdam stock exchanges.

28                                          1
   _____
              DEFENDANT AIR FRANCE'S CORPORATE DISCLOSURE STATEMENT
                          Case No.: CV-08-0134

3. There is no other publicly held corporation that owns 10% or more of AIR FRANCE's stock.

DATED:  January 23, 2008  COZEN O'CONNOR

By: /s/ Steven L. Rodriguez
STEVEN L. RODRIGUEZ
Attorneys for Defendant
AIR FRANCE

SAN_FRANCISCO\44995\1  217159.000

2

DEFENDANT AIR FRANCE'S CORPORATE DISCLOSURE STATEMENT
Case No.: CV-08-0134