ORIGINAL

1  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA  94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4  Email: srodriguez@cozen.com

5  Christopher B. Kende, State Bar No. 182711
   Christopher Raleigh, *To Seek Pro Hac Vice Admission*
6  COZEN O'CONNOR
   45 Broadway, 16th Floor
7  New York, NY  10006
   Telephone: 212.509.9400
8  Facsimile: 212.509.9492
   Email: ckende@cozen.com
9  Email: craleigh@cozen.com

10 Attorneys for Defendant
   AIR FRANCE
11

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA, | Case No.: 3:08-cv-00134 |
| Plaintiffs, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | |
| AIR FRANCE, | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Christopher Raleigh, an active member in good standing of the bar of New York and the bar of New Jersey, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Air France in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

1

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Steven L. Rodriguez, State Bar No. 199313
> COZEN O'CONNOR
> 425 California Street, Suite 2400
> San Francisco, CA 94104
> Telephone: 415.617.6100
> Facsimile: 415.617.6101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/11/2008

SAN_FRANCISCO\44968\1  217159.000

2