ORIGINAL

1  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA  94104
3  Telephone: 415.617.6103
   Facsimile: 415.617.6101
4  Email: srodriguez@cozen.com

5  Christopher B. Kende, State Bar No. 182711
   Christopher Raleigh, *To Seek Pro Hac Vice Admission*
6  COZEN O'CONNOR
   45 Broadway, 16th Floor
7  New York, NY  10006
   Telephone: 212.509.9400
8  Facsimile: 212.509.9492
   Email: ckende@cozen.com
9  Email: craleigh@cozen.com

10 Attorneys for Defendant
   AIR FRANCE

FILED
08 JAN 23 PM 3:51

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA, | Case No.: 3:08-cv-00134-SC |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| AIR FRANCE, | |
| Defendant. | |

//
//
//

**CERTIFICATE OF SERVICE**

1  I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years,
2  and not a party to the within action. I am employed in the City and County of San Francisco,
3  California, in which county the within mentioned service occurred. My business address is Cozen
4  O'Connor, 425 California Street, Suite 2400, San Francisco, California 94104-2215; Telephone:
5  (415) 617-6100; Facsimile: (415) 617-6101.

6  On the date set forth below, I placed the foregoing

7  **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

8  in envelope(s) addressed as follows:

9  X   **(By First Class Mail)** I sealed each envelope and caused each, with first-class postage thereon fully prepaid, to be placed for deposit in the United States mail at San Francisco,
10     California addressed to the offices of each addressee as indicated below or on the attached Service List.
11

12     **(By U.S. Postal Express Mail)** I sealed each envelope and caused each, with Express Mail postage thereon fully prepaid, to be placed in the U.S. Post Office Express Mail depository at San Francisco, California for next day delivery addressed to the offices of each addressee
13     as indicated below or on the attached Service List.

14     **(By Federal Express/UPS)** I sealed each envelope and caused each, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box or courier at San
15     Francisco, California for next business day delivery addressed to the offices of each addressee as indicated below or on the attached Service List.
16

17     **(By Personal Service)** I sealed each envelope and caused each, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee as indicated below or on the attached Service List.
18

19  I am readily familiar with the firm's practice of collection and processing of correspondence
20  for mailing. Under that practice it would be deposited with the United States Postal Service on that
21  same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
22  motion of the party served, service is presumed invalid if postal cancellation date or postage meter
23  date is more than one day after date of deposit for mailing in affidavit.
24  I declare that I am employed in the office of a member of the Bar of this Court at whose
25  direction the service was made. I declare under penalty of perjury under the laws of the United
26  //
27  //
28

2

**CERTIFICATE OF SERVICE**

1  States of America and of the State of California that the foregoing is true and correct.

2  Executed January 23, 2008 at San Francisco, California.

3  By: _____
    Joan Johnson

**SERVICE LIST**

| Counsel | Representing |
|---|---|
| Alexander Anolik, Esq.<br>ALEXANDER ANOLIK, A PLC<br>2107 Van Ness Avenue<br>San Francisco, CA 94109<br>Tel: 415-573-3333<br>Fax: 415-673-3548<br>Email: | Attorneys for Plaintiffs |
| Christopher B. Kende, Esq.<br>Christopher Raleigh, Esq.<br>COZEN O'CONNOR<br>45 Broadway, 16th Floor<br>New York, NY 10006<br>Tel: (212)509-9400<br>Fax: (212) 509-9492<br>E-Mail: ckende@cozen.com<br>E-Mail: craleigh@cozen.com | Attorneys for Defendant AIR FRANCE |

SAN_FRANCISCO\45123\1  217159.000

**CERTIFICATE OF SERVICE**