1  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA 94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4  Email: srodriguez@cozen.com

5  Christopher B. Kende, State Bar No. 182711
   Christopher Raleigh, *To Seek Pro Hac Vice Admission*
6  COZEN O'CONNOR
   45 Broadway, 16th Floor
7  New York, NY 10006
   Telephone: 212.509.9400
8  Facsimile: 212.509.9492
   Email: ckende@cozen.com
9  Email: craleigh@cozen.com

10 Attorneys for Defendant
   AIR FRANCE

**FILED**

**JAN 2 5 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA, | Case No.: 3:08-cv-00134 SC |
| Plaintiffs, | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| AIR FRANCE, | |
| Defendant. | |

Christopher Raleigh, an active member in good standing of the bar of New York and the bar of New Jersey, whose business address and telephone number is:

COZEN O' CONNOR

45 Broadway, 16th Floor

New York, New York 10006

(212) 509-9400

1

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Air France,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/28/08

United States District Court Judge

SAN_FRANCISCO\44969\1  217159.000

2

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; CASE NO.: 3:08-cv-00134