1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                  **Northern District of California**

10  Llorera,                                    08-00134 SC

11                  Plaintiff(s),         **NOTICE RE: NONCOMPLIANCE
                                          WITH COURT ORDER**
12          v.

13  Air France,

14                  Defendant(s).

15

16      The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-00134 SC                          -1-

United States District Court
Northern District of California

United States District Court

Northern District of California

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: April 10, 2008

9                                        RICHARD W. WIEKING
                                         Clerk
10                                       by:    Timothy J. Smagacz

11                                       _Timothy Smagacz_

12                                       _____
                                         ADR Administrative Assistant
13                                       415-522-4205
                                         Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Notice Re: Noncompliance With Court Order**
08-00134 SC                                    -2-

PROOF OF SERVICE

Case Name:        Llorera v. Air France

Case Number:      08-00134 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 10, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Alexander Anolik
> Alexander Anolik, P.L.C.
> 2107 Van Ness Avenue
> Suite 200
> San Francisco, CA 94109
> Anolik@travellaw.com
>
> Christopher Raleigh
> Cozen O'Connor
> 45 Broadway
> 16th Floor
> New York, NY 10006
> craleigh@cozen.com
>
> Steven Lee Rodriguez
> Cozen O'Connor
> 425 California Street, Suite 2400
> San Francisco, CA 94104-4431
> srodriguez@cozen.com
>
> Christopher Burgess Kende

COZEN & O'CONNOR
45 Broadway Atrium
16th floor
New York, NY 10006
ckende@cozen.com

Compagnie National Air France

,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

_____

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov