1  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA 94104
3  Telephone: 415.617.6103
   Facsimile: 415.617.6101
4  Email: srodriguez@cozen.com

5  Christopher B. Kende, State Bar No. 182711
   Christopher Raleigh, *Admitted Pro Hac Vice*
6  COZEN O'CONNOR
   45 Broadway, 16th Floor
7  New York, NY 10006
   Telephone: 212.509.9400
8  Facsimile: 212.509.9492
   Email: ckende@cozen.com
9  Email: craleigh@cozen.com

10 Attorneys for Specially-Appearing Defendant
   AIR FRANCE
11

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA, | Case No.: 3:08-cv-00134-SC |
| Plaintiffs, | **SPECIALLY-APPEARING DEFENDANT AIR FRANCE'S REQUEST FOR CONTINUANCE OF THE APRIL 25, 2008 STATUS CONFERENCE** |
| vs. | |
| AIR FRANCE, | Time: 10:00 a.m. |
| Defendant. | Date: 4/25/2008<br>Courtroom.: 1, 17th Floor<br>Judge: Hon. Samuel Conti |

Specially-Appearing Defendant AIR FRANCE (hereinafter "Air France"), without waiving its right to contest jurisdiction herein, submits its Request for continuance of the April 25, 2008 Status Conference Statement, on its own behalf, as follows.

///

///

///

1

## I. PLAINTIFFS HAVE NEVER SERVED ANY ITERATION OF THEIR COMPLAINT UPON AIR FRANCE

On December 10, 2007, plaintiffs filed their original Complaint, bearing case number CGC-07-46989, with the San Francisco County Superior Court (hereinafter "State Court Action"). Plaintiff did not serve their original Complaint upon Air France.

On January 2, 2008, plaintiffs filed their First Amended Complaint in the State Court Action. Plaintiffs did not serve their First Amended Complaint upon Air France.

On January 8, 2008 (and notwithstanding that it never was served with any complaint), Air France, in an excess of caution and because 28 USC § 1446(b) may require removal within 30 days of notice that an action has been brought, without regard to whether a complaint has actually been served, removed the State Court Action to this Federal Court. Plaintiffs did not serve their First Amended Complaint upon Air France at any time.

On February 26, 2008, plaintiff e-filed a "Second Amended Complaint" with this Court. Plaintiff did not serve their Second Amended Complaint upon Air France.

Air France has attempted to "meet and confer" with plaintiffs' counsel with regard to the fact that no iteration of plaintiffs' Complaint has ever been served upon Air France, nor has Air France waived service. Thus, at present there is no jurisdiction over Air France with regards to this matter.

## II. AIR FRANCE REQUESTS A CONTINUANCE OF THE APRIL 25, 2008 STATUS CONFERENCE TO LATE MAY 2008 OR EARLY JUNE 2008

Air France requests that this Court continue the April 25, 2008 Status Conference to late May 2008 or early June 2008 so that Air France's lead counsel, Christopher B. Kende, will be able to attend the Status Conference. Mr. Kende cannot attend the April 25, 2008 Status Conference for the following reasons:

1. Mr. Kende teaches maritime and aviation law at Brooklyn Law School on the evening of April 24th. Because it is the last class of the year, it cannot be rescheduled and Mr. Kende must attend in person to give a lecture, but would be unable to were he required to travel to San Francisco for a conference on the April 25th.

2

SPECIALLY-APPEARING DEFENDANT AIR FRANCE'S REQUEST
FOR CONTINUANCE OF THE APRIL 25, 2008 STATUS CONFERENCE
Case No.: CV-08-0134

2. Mr. Kende has several commitments with the Maritime Law Association of the United States which is having its annual meeting in New York during the week from April 28th to May 2nd.

3. Mr. Kende has business in Paris, France and Oran, Algeria from May 4th to May 7th.

4. Mr. Kende has a mandatory firm meeting from May 15th to May 18th and a mediation on May 19th and 20th. Moreover, since Air France has never been served in this case and issue has not been joined, we respectfully submit that a Status Conference would be premature at this time.

DATED: April 8, 2008                                        COZEN O'CONNOR


                                                            By: /s/ Steven L. Rodriguez
                                                                STEVEN L. RODRIGUEZ
                                                                Attorneys for Specially-Appearing Defendant
                                                                AIR FRANCE

SAN_FRANCISCO\46344\1 217159.000

3

SPECIALLY-APPEARING DEFENDANT AIR FRANCE'S REQUEST
FOR CONTINUANCE OF THE APRIL 25, 2008 STATUS CONFERENCE
Case No.: CV-08-0134