Alexander Anolik (SBN 042685)
Alexander Anolik, a PLC
2107 Van Ness Ave., Ste. 200
San Francisco, CA 94109
Telephone: (415) 673-3333
Facsimile: (415) 673-3548
E-Mail: anolik@travellaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>AIR FRANCE-KLM, COMPAGNIE NATIONAL AIR FRANCE, AND DOES 1 through 50,<br>　　　　　　Defendant | Case No.: No. CV 08-00134-SC<br><br>**DECLARATION OF ALEXANDER ANOLIK REGARDING CASE MANAGEMENT STATEMENT**<br><br>Conference Date: 4/25/08<br>Time: 10:00 a.m.<br>Judge: Hon. Samuel Conti |

## DECLARATION OF ALEXANDER ANOLIK

I, Alexander Anolik, declare:

1. I am an attorney at law licensed to practice before the courts of the State of California. I am the principal in Alexander Anolik, A Professional Law Corporation and attorney of record for Plaintiffs Carmelita Llorera, and Estate of Romiel Llorera, (Plaintiffs) in this action. I have personal knowledge of each of the facts set forth in this Declaration, and can testify competently

Declaration of Alexander Anolik
Case No. CV 08-00134-SC

1

thereto, except as to the matters stated on information and belief, and as to such matters I believe them to be true.

2. This declaration is being submitted in support of Plaintiff's Case Management Statement.

3. Our office made various efforts to meet and confer with Defendant Air France in order to discuss a Joint Case Management Statement, including the sending of multiple letters (on April 2, 2008 and April 11, 2008) and multiple phone conferences, requesting said meet and confer, but these requests were denied by Defense Counsel.

4. On April 17, 2008, Defense Counsel Steven Rodriguez informed me that Air France had not responded, and would not meet and confer for the purpose of submitting a Joint Case Management Statement, because he believed Air France had not been served properly at that time and to submit a joint statement might jeopardize his special appearance standing.

5. The following is an enumeration of our attempts to identify Air France's Registered Agent for Service of Process in the United States since our filing of the original complaint in San Francisco Superior Court:

A. Searches on Secretary of State databases in the following states: New York, California, Delaware, Arizona, Nevada, Florida and Washington D.C.

B. Calls to Secretary of State corporate divisions in the following states: New York, California, Delaware, Arizona, Nevada, Florida and Washington D.C.

C. Calls to Corporate Filing and Process Services companies nationwide.

D. Calls to representatives in the Department of Transportation, ("DOT") Federal Aviation Administration ("FAA"), Chief Counsel Office for the FAA, General

Declaration of Alexander Anolik
Case No. CV 08-00134-SC

2

Counsel Office for the DOT, Assistant Secretary for Aviation and International Affairs, and Office of Aviation Department of International Fares.

E. Searches on the DOT, FAA and regulations.gov websites.

F. Calls to Defense Counsel requesting that they accept service or in the alternative, to identify Air France's Agent for Service of Process.

G. Calls to lawyers in Washington D.C. and San Francisco who had previously filed cases against Air France.

H. Calls to Travel Agent Associations for information on Air France activities beyond airport activities.

6. Our office finally located a DOT representative, "Nick Verrasco" who was able to locate the DOT Designation of Agent for Service of Notice, Process, Orders Decisions and Requirements Form that Air France last submitted to the DOT in June 2004.

7. This form contained two names: Marie Joseph Male as registered agent, and Christian Herzog as Executive Vice-President.

8. Our office then did a search on the internet for those names and found an Air France US website that listed Jean-Claude Cros as having replaced Marie Joseph Male as Vice-President of Air France US.

9. After trying unsuccessfully to get in touch with the Air France executive office in New York City, our office was eventually routed to an Air France office in Montréal where French speaking employees confirmed that Jean-Claude Cros holds the title of Vice President of Air France US.

Declaration of Alexander Anolik
Case No. CV 08-00134-SC

3

10.     On April 17, 2008, we authorized the Quest Discovery Services, a service company, to put in a rush service order of the Summons, Complaint, and all subsequent pleadings on Jean-Claude Cros, Vice-President of Air France, at his office in New York City.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 18, 2008

_____
Alexander Anolik

Declaration of Alexander Anolik
Case No. CV 08-00134-SC

4