SJM801050
POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>ALEXANDER ANOLIK, ESQ.   Bar #: 042685<br>ALEXANDER ANOLIK A PROFESSIONAL LAW CORPORATION<br>2107 VAN NES AVENUE<br>SUITE 200<br>SAN FRANCISCO, CA 94109<br>TELEPHONE NO.: 415/396-9300       FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF/ESTATE OF ROMIEL LLORERA | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET, DEPT. 206<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-4514<br>BRANCH NAME: UNLIMITED CIVIL JURISDICTION | |
| PLAINTIFF/PETITIONER: ESTATE OF ROMIEL LLORERA<br>DEFENDANT/RESPONDENT: AIR FRANCE | CASE NUMBER:<br>CGC07469899 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: SUMMONS, ORIGINAL COMPLAINT, FIRST AMENDED COMPLAINT, SECOND AMENDED COMPLAINT
3. a. Party served *(specify name of party as shown on the documents served)*:
      AIR FRANCE

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      JEAN-CLAUDE CROS, AUTHORIZED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 125 WEST 55TH STREET
   NEW YORK, NY 10019
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:          (2) at *(time)*:
   b. ☒ **by substituted service.** On *(date)*: 04/22/08    at *(time)*: 11:05 AM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      JOAN GABEL, LEGAL CLERK, AUTHORIZED TO ACCEPT SERVICE

      (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 04/22/08   from *(city)*: SAN JOSE    or ☒ a declaration of mailing is attached.

      (5) ☐ I attached a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code Civil Procedure § 417.10 |

SJM801050

| PLAINTIFF/PETITIONER: ESTATE OF ROMIEL LLORERA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AIR FRANCE | CGC07469899 |

    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date):*                             (2) from *(city):*
        (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d. ☐ **by other means** *(specify means of service and authorizing code section):*

        ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify):* AIR FRANCE
        under the following Code of Civil Procedure section:

        ☒ 416.10 (corporation)                       ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                      ☐ 415.46 (occupant)
                                                                   ☐ other:

7. **Person who served papers**
    a. Name: BARRY GERMAN
    b. Address: 315 BROADWAY, 3RD FLOOR, NEW YORK, NY 10007
    c. Telephone number: 212/619-0728
    d. The fee for service was: $
    e. I am:
        (1) ☒ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ owner ☐ employee ☐ independent contractor.
            (ii) Registration No.:
            (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am the California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 04/22/08

**BARRY GERMAN**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶     (SIGNATURE)

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2

SJM801050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>ALEXANDER ANOLIK<br>A PROFESSIONAL LAW CORPORATION<br>2107 VAN NES AVENUE<br>SUITE 200<br>SAN FRANCISCO, CA 94109<br>ALEXANDER ANOLIK, ESQ.  Bar #: 042685<br>ATTORNEY FOR (Name): PLAINTIFF/ESTATE OF ROMIEL LLORERA | TELEPHONE NO: 415/673-3333<br><br>Ref. No. or File No. | For Court Use Only: |
|---|---|---|

Insert name of court and name of judicial district and branch court, if any:
**SUPERIOR COURT OF CALIF, COUNTY OF SAN FRANCISCO**

**400 MCALLISTER STREET, DEPT. 206
SAN FRANCISCO, CA 94102-4514
UNLIMITED CIVIL JURISDICTION**

SHORT TITLE OF CASE: **ESTATE OF ROMIEL LLORERA   VS. AIR FRANCE**

| PROOF OF SERVICE BY MAIL<br>CCP 1013g, 2015.5 | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **CGC07469899** |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SANTA CLARA State of California. I am over the age of eighteen years and not a party to the within action.

My business address is : **981 Ridder Park Drive
San Jose, CA 95131**

On **04/22/08** I served copies of the *(specify documents)* :

**SUMMONS, ORIGINAL COMPLAINT, FIRST AMENDED COMPLAINT, SECOND AMENDED COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon prepaid in the United States mail at **SAN JOSE** California addressed as follows:

**AIR FRANCE
125 WEST 55TH STREET
NEW YORK, NEW YORK 10019**

**ATTENTION: JEAN-CLAUDE CROS, AGENT**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **04/23/08** at **SAN JOSE, California**

*Orlanda Patao* (signature)
**Orlanda Patao**