UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-134           SAMUEL CONTI          DATE 4/25/08
Case Number        Judge

Title: CARMELITA LLORERA      vs AIR FRANCE

Attorneys: ALEXANDER ANOLIK      DAN HARSHMAN, STEVEN RODRIGUEZ

Deputy Clerk: T. De Martini    Court Reporter: Juanita Gonzalez

Court   Pltf's   Deft's
(XXX)   ( )      ( )    1. Status Conference - Held

( )     ( )      ( )    2.

( )     ( )      ( )    3.

( )     ( )      ( )    4.

( )     ( )      ( )    5.

( ) Motion(s): ( ) Granted  ( ) Denied  ( ) Withdrawn

( ) Granted/Denied  ( ) Off Calendar  ( ) Submitted

Order to be Prepared by: ( ) Pltf  ( ) Deft  ( ) Court

Discovery Cutoff: 11/20/08    Pretrial Statements Due

Case Continued to 1/9/09 @ 10:00 A.M.    for Pretrial Conference

Case Continued to 1/20/09 @ 9:30 A.M.    for Court/Jury Trial

Case Continued to                        for Further Status Conference

Case Continued to 12/5/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING:

cc: