| | |
|---|---|
| 1 | Daniel D. Harshman, State Bar No. 177139 |
| | COZEN O'CONNOR |
| 2 | 425 California Street, Suite 2400 |
| | San Francisco, CA 94104 |
| 3 | Telephone: 415.617.6103 |
| | Facsimile: 415.617.6101 |
| 4 | Email: dharshman@cozen.com |
| 5 | Christopher B. Kende, State Bar No. 182711 |
| | Christopher Raleigh, *Admitted Pro Hac Vice* |
| 6 | COZEN O'CONNOR |
| | 45 Broadway, 16th Floor |
| 7 | New York, NY 10006 |
| | Telephone: 212.509.9400 |
| 8 | Facsimile: 212.509.9492 |
| | Email: ckende@cozen.com |
| 9 | Email: craleigh@cozen.com |
| 10 | Attorneys for Defendant |
| | AIR FRANCE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA, | Case No.: CV 08-001:34-SC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY** |
| vs. | |
| AIR FRANCE-KLM, COMPAGNIE NATIONAL AIR FRANCE, AND DOES 1 through 50, | |
| Defendants. | |

Pursuant to Civil L.R. 6-1(b), 6-2 and 7-12, it is hereby stipulated between plaintiffs, Carmelita Llorera, Estate of Romiel Llorera ("Plaintiffs") through their attorneys, Alexander Anolik, PLC and defendant, Air France ("Defendant"), through its attorneys, Cozen O'Connor, that subject to Court approval, certain deadlines for discovery and trial as imposed by this Court's Status Conference Order Setting Times for Compliance with Certain Rules of Court, dated April 25, 2008, be extended as outlined below. There have been no previous time modifications in this matter, by stipulation or Court order.

This case arises out of the death of Romiel Llorera during a transatlantic flight from Paris to San Francisco on January 3, 2006. Following the exchange of initial disclosures, the parties served and have provided their respective Answers to Interrogatories and Responses to Requests for Production of Documents. The parties have also conducted the depositions of Carmelita Llorera, the decedent's wife; and Jerodelle Llorera and Francel Llorera, the decedent's daughters. The parties have each retained medical experts and expect reports to be issued within the next several days.

The parties request a discovery extension for the following reasons:

1. Settlement Through Mediation. The exchange of written discovery, the depositions of plaintiff and the expected issuance of medical reports have now provided the parties with enough information to meaningfully participate in a voluntary mediation of this case. The parties are in the process of selecting a mediator and, subject to the mediator's availability, plan to hold a mediation in San Francisco by mid-December, 2008 in an attempt to settle the case.

2. In the event that efforts to settle the case through mediation are not successful, the parties need to conduct depositions of witnesses who are located in France in order to finish preparing the case for trial. Specifically, the parties will conduct the deposition of Fouad Soumali, the Air France ticket agent who assisted the Lloreras on January 2, 2006, and his supervisor, Michel Darde, both of whom are located in Paris, France. Since these witnesses are French nationals and France requires compliance with the provisions of the Hague Evidence Convention for the Taking of Evidence Abroad, the parties will have to file a motion seeking the issuance of a Letter of Request pursuant to the Hague Evidence Convention. Once the Letter of Request is issued and filed with the Central Authority in Paris, France, Defendant will be able to produce these witnesses without violating French law. Defendant is in the process of preparing the requisite papers, is fully

1  cooperating with plaintiffs in completing the Hague Convention requests and expects to submit them to the Court by December 1, 2008.

3. Further, during the flight on which Mr. Llorera expired, he was attended to by two physicians and a nurse. One of the physicians resides in San Francisco and the other in France. It is highly likely the parties will require third party depositions of one or more of the health professionals who attempted to resuscitate Mr. Llorera in his last hours. Locating these witnesses and arranging for their depositions will also require additional time.

4. In addition to the above, the parties will also have to conduct the depositions of their respective medical experts who specialize in the area of nephrology and cardiology.

5. There is also a dispute as to the sufficiency of responses received by Plaintiff from Defendant in response to Plaintiffs' First Sets of Interrogatories and Document Requests, answers which were not received by Plaintiff until the end of October. The parties have met and conferred, and several requests and interrogatories still remain in contention. Plaintiff requires additional time to make, file, and seek enforcement if necessary, of the requisite motion to compel these answers.

After discussing the above the parties have agreed, subject to Court approval, that the deadline to complete discovery should be extended for ninety (90) days. Therefore, the parties jointly propose to the Court the following amended discovery plan:

1. All discovery shall be completed and all depositions completed by February 20, 2009.

2. The last date for motions to be noticed in accordance with Civil L.R. 7-2, is March 20, 2009, at 10:00 A.M.

3

STIPULATION AND ORDER EXTENDING DISCOVERY
Case No. CV 08-00134-SC

3. The case is set for trial at a date after April 15th or such other date as the Court may designate.

4. A pretrial conference shall be held before the Court on *April 3*, 2009 at 10:00 a.m. *TRIAL SET for April 13-09*

5. All other provisions of the Status Conference Order Setting Times for Compliance with Certain Rules of Court dated April 25, 2008 shall remain in effect.

Dated: November 20, 2008

                          Alexander Anolik, a PLC
                          Attorneys for Plaintiffs

                          By: /s/ Alexander Anolik
                              Alexander Anolik (State Bar No. 042685)
                              Adam Anolik (State Bar No. 255083)
                              2107 Van Ness Ave., Ste. 200
                              San Francisco, CA 94109
                              Telephone: (415) 673-3333
                              Facsimile: (415) 673-3548

                          COZEN O'CONNOR

                          By: /s/ Daniel D. Harshman
                              Daniel D. Harshman (State Bar No. 177139)
                              425 California Street, Suite 2400
                              San Francisco, CA 94104
                              Telephone: 415.617.6103
                              Facsimile: 415.617.6101

                          Christopher B. Kende (State Bar No. 182711)
                          Christopher Raleigh (*pro hac vice*)
                          45 Broadway, 16th Floor
                          New York, New York 10006
                          Telephone: (212) 509-9400
                          Facsimile: (212) 509-9492
                          Attorneys for Defendant, AIR FRANCE

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: 11/25/   , 2008                                       _____
                                                     United States District Judge

4