**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA,<br><br>Plaintiff,<br><br>v.<br><br>AIR FRANCE-KLM, COMPAGNIE NATIONAL AIR FRANCE<br><br>Defendant. | No. C-08-134-SC<br><br>**ORDER OF REFERENCE TO A MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that <u>Plaintiff's Motion to Compel</u> and all further discovery matters are referred to Magistrate Judge James Larson to be heard and considered at the convenience of his calendar. Counsel will be advised of the date, time and place of the hearing by notice from Magistrate Judge Larson.

**IT IS SO ORDERED.**

Dated: February 2, 2009

_Samuel Conti_
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE