```
 1  Daniel D. Harshman, State Bar No. 177139
    COZEN O'CONNOR
 2  425 California Street, Suite 2400
    San Francisco, CA 94104
 3  Telephone: 415.617.6103
    Facsimile: 415.617.6101
 4  Email: dharshman@cozen.com

 5  Christopher B. Kende, State Bar No. 182711
    Christopher Raleigh, Admitted Pro Hac Vice
 6  COZEN O'CONNOR
    45 Broadway, 16th Floor
 7  New York, NY 10006
    Telephone: 212.509.9400
 8  Facsimile: 212.509.9492
    Email: ckende@cozen.com
 9  Email: craleigh@cozen.com

10  Attorneys for Defendant
    AIR FRANCE
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA,<br><br>   Plaintiffs,<br><br>vs.<br><br>AIR FRANCE-KLM, COMPAGNIE NATIONAL AIR FRANCE, AND DOES 1 through 50,<br><br>   Defendants. | Case No.: CV 08-001:34-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE DEFENDANT'S MOTION FOR LETTERS OF REQUEST FROM THE FEBRUARY 6, 2009 CALENDAR IN LIGHT OF TENTATIVE SETTLEMENT** |

Pursuant to United States District Court, Northern District of California, Civil Local Rule 6-2 AND 7-12, it is hereby stipulated by and between plaintiffs, Carmelita Llorera, Estate of Romiel Llorera ("Plaintiffs") and defendant, Air France ("Defendant"), that subject to court approval, the hearing on Defendant's Motion for Letters of Request shall be removed from the Court's Calendar at 10:00 a.m. on Friday February 6, 2009 and shall be returned to the Court's

2

**STIPULATION AND ORDER TO REMOVE DEFENDANT'S MOTION
FOR LETTERS OF REQUEST FROM THE FEBRUARY 9, 2009 CALENDAR**
Case No. CV 08-00134-SC

originally scheduled calendar at 10:00 a.m. on March 6, 2009. The parties reached a tentative settlement during a mediation held on Tuesday, February 03, 2009. The tentative settlement is subject to the approval of the defendant's insurance carrier. The defendant recommends that its insurance carrier approve the settlement and, accordingly, the parties anticipate final authority will be received within next five business days. In light of the tentative settlement, the parties desire to avoid further expense and further inconvenience to the Court.

In the event the Court grants this Stipulation and Proposed Order, the effect would be to remove the hearing set for 10:00 a.m. on Friday, February, 6, 2009 and return the Defendant's Motion for Letters of Request to the original calendar for March 6, 2009 at 10:00 a.m. Once authority is received for the settlement, the parties anticipate that all motions would be promptly taken off calendar and the case dismissed. Therefore, the parties hereto, by and through the undersigned counsel, agree to the following:

1. The hearing on Defendant's Motion for Letters of Request previously set for Friday, February 6, 2009 at 10:00 a.m. shall be taken off calendar.

2. Defendant's Motion for Letters of Request shall be returned to the original calendar on Friday, March 6, 2009 at 10:00 a.m. in Courtroom 1 on the 17th Floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102

Dated: February 4, 2009

Alexander Anolik, a PLC
Attorneys for Plaintiffs


By: /s/ Alexander Anolik
Alexander Anolik (State Bar No. 042685)
Adam Anolik (State Bar No. 255083)
2107 Van Ness Ave, Suite 200
San Francisco, CA 94109
Telephone: (415) 673-333
Facsimile: (415) 673-3548


(*signatures continued on next page*)

3

STIPULATION AND ORDER TO REMOVE DEFENDANT'S MOTION
FOR LETTERS OF REQUEST FROM THE FEBRUARY 9, 2009 CALENDAR
Case No. CV 08-00134-SC

1
2                         COZEN O'CONNOR
3
4                         By: /s/ Daniel D. Harshman
                          Daniel D. Harshman (State Bar No. 177139)
                          425 California Street, Suite 2400
5                         San Francisco, CA  94104
6
                        Christopher B. Kende (State Bar No. 182711)
7                         Christopher Raleigh (*pro hac vice*)
                        45 Broadway, 16th Floor
8                         New York, New York 10006
                        Attorneys for Defendant
9                         AIR FRANCE
10
11
12 PURSUANT TO STIPULATION IT IS SO ORDERED:
13
14 Dated:  February 5, 2009
15                         _____
                        United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

16
17
18
19
20
21
22
23
24 SAN_FRANCISCO\51023\1 217159.000
25
26
27                                        4
28