Daniel D. Harshman, State Bar No. 177139
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: 415.617.6103
Facsimile: 415.617.6101
Email: dharshman@cozen.com

Christopher B. Kende, State Bar No. 182711
Christopher Raleigh, *Admitted Pro Hac Vice*
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, NY 10006
Telephone: 212.509.9400
Facsimile: 212.509.9492
Email: ckende@cozen.com
Email: craleigh@cozen.com

Attorneys for Defendant
AIR FRANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR FRANCE-KLM, COMPAGNIE NATIONAL AIR FRANCE, AND DOES 1 through 50,<br><br>Defendants. | Case No.: CV 08-001:34-SC<br><br>**STIPULATION CONFIRMING SETTLEMENT** |

    WHEREAS, the parties engaged in a mediation of this dispute in San Francisco on February 3, 2009; and,

    WHEREAS, as a result of the mediation, the parties arrived at a settlement of this dispute; and,

    WHEREAS, counsel for Defendants is awaiting receipt of settlement funds from France in order to consummate the settlement;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that this matter has been settled and will be dismissed upon the delivery of settlement funds by counsel for Defendants to counsel for the Plaintiff.

Dated: March 11, 2009

          Alexander Anolik, a PLC
          Attorneys for Plaintiffs

By: /s/ Alexander Anolik
  Alexander Anolik (State Bar No. 042685)
  Adam Anolik  (State Bar No. 255083)
  2107 Van Ness Ave., Ste. 200
  San Francisco, CA 94109
  Telephone: (415) 673-3333
  Facsimile:  (415) 673-3548

COZEN O'CONNOR

By: /s/ Daniel D. Harshman
  Daniel D. Harshman (State Bar No. 177139)
  425 California Street, Suite 2400
  San Francisco, CA  94104
  Telephone: 415.617.6103
  Facsimile: 415.617.6101

  Christopher B. Kende (State Bar No. 182711)
  Christopher Raleigh (*pro hac vice*)
  45 Broadway, 16th Floor
  New York, New York 10006
  Telephone:  (212) 509-9400
  Facsimile:   (212) 509-9492
  Attorneys for Defendant, AIR FRANCE

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: __March 12___, 2009   _____
             United States District Judge
             Judge Samuel Conti

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

SAN_FRANCISCO\51472\1  217159.000

| | |
|---|---|
| 1 | Daniel Harshman, State Bar No. 177139 |
|  | COZEN O'CONNOR |
| 2 | 425 California Street, Suite 2400 |
|  | San Francisco, CA 94104 |
| 3 | Telephone: 415.617.6102 |
|  | Facsimile: 415.617.6101 |
| 4 | Email: dharshman@cozen.com |
| 5 | Christopher B. Kende, State Bar No. 182711 |
|  | Christopher Raleigh, *To Seek Pro Hac Vice* |
| 6 | *Admission* |
|  | COZEN O'CONNOR |
| 7 | 45 Broadway, 16th Floor |
|  | New York, NY 10006 |
| 8 | Telephone: 212.509.9400 |
|  | Facsimile: 212.509.9492 |
| 9 | Email: ckende@cozen.com |
|  | Email: craleigh@cozen.com |
| 10 |  |
| 11 | Attorneys for Defendant |
|  | AIR FRANCE |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA | ) | Case No.: CV 08-001:34-SC |
|  | ) | |
| Plaintiffs, | ) | CERTIFICATE OF SERVICE |
|  | ) | |
| vs. | ) | |
|  | ) | |
| AIR FRANCE-KLM, COMPAGNIE NATIONAL AIR FRANCE, AND DOES 1 through 50, | ) | |
|  | ) | |
| Defendants. | ) | |

///

///

///

**CERTIFICATE OF SERVICE**

1    I, the undersigned, declare: I am a resident of the State of California, over the
2  age of eighteen years, and not a party to the within action. I am employed in the City
3  and County of San Francisco, California, in which county the within mentioned
4  service occurred. My business address is Cozen O'Connor, 425 California Street,
5  Suite 2400, San Francisco, California 94104-2215; Telephone: (415) 617-6100;
6  Facsimile: (415) 617-6101.

7    On the date set forth below, I placed the foregoing
8    **STIPULATION CONFIRMING SETTLEMENT**
9  as follows:

10   X    **(By First Class Mail)** I sealed each envelope and caused each, with first-class postage thereon fully prepaid, to be placed for deposit in the United States mail at San Francisco, California addressed to the offices of each addressee as indicated below or on the attached Service List.

**(By U.S. Postal Express Mail)** I sealed each envelope and caused each, with Express Mail postage thereon fully prepaid, to be placed in the U.S. Post Office Express Mail depository at San Francisco, California for next day delivery addressed to the offices of each addressee as indicated below or on the attached Service List.

**(By Personal Service)** I sealed each envelope and caused each, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee as indicated below or on the attached Service List.

X    **(By Electronic Mail via CM/ECF – California Central District)** I submitted **AIR FRANCE STIPULATION CONFIRMING SETTLEMENT** to be electronically served upon all parties via the United States District Court, Central District CM/ECF Filing System.

I, Lori D. Cratic, Legal Assistant to Daniel Harshman, attorney for Defendant(s), hereby certify that the above **STIPULATION CONFIRMING SETTLEMENT** was caused to be served electronically this 11TH day of March 2009, pursuant to CM/ECF – California Central District as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

Executed March 11, 2009, at San Francisco, California.

By: _____/LDC/_____
Lori D. Tyler-Cratic

## SERVICE LIST

| Counsel | Representing |
|---|---|
| Alexander Anolik, Esq.<br>ALEXANDER ANOLIK, plc<br>2107 Van Ness Avenue<br>San Francisco, CA 94109<br>Tel: 415-573-3333<br>Fax: 415-673-3548 | Attorney for Plaintiffs |

SAN_FRANCISCO\51473\1  217159.000
3/11/09

3