Daniel D. Harshman, State Bar No. 177139
COZEN O'CONNOR
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone: 213.892-7900
Facsimile: 213.892.7999
Email: dharshman@cozen.com

Christopher B. Kende, State Bar No. 182711
Christopher Raleigh, *Admitted Pro Hac Vice*
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, NY 10006
Telephone: 212.509.9400
Facsimile: 212.509.9492
Email: ckende@cozen.com
Email: craleigh@cozen.com

Attorneys for Defendant
AIR FRANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA LLORERA, ESTATE OF ROMIEL LLORERA,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR FRANCE-KLM, COMPAGNIE NATIONAL AIR FRANCE, AND DOES 1 through 50,<br><br>Defendants. | Case No.: CV 08-001:34-SC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The captioned matter having been settled, it is hereby

ORDERED that the above entitled action is hereby dismissed with prejudice and without

costs as to either party against the other.

Dated: April 8, 2009

        Alexander Anolik, a PLC
        Attorneys for Plaintiffs

By: /s/ Alexander Anolik
    Alexander Anolik (State Bar No. 042685)
    Adam Anolik (State Bar No. 255083)
    2107 Van Ness Ave., Ste. 200
    San Francisco, CA 94109
    Telephone: (415) 673-3333
    Facsimile: (415) 673-3548

COZEN O'CONNOR

By: /s/ Daniel D. Harshman
    Daniel D. Harshman (State Bar No. 177139)
    777 S. Figueroa Street, Suite 2850
    Los Angeles, CA 90017
    Telephone: 213.892-7900
    Facsimile: 213.892.7999

    Christopher B. Kende (State Bar No. 182711)
    Christopher Raleigh (*pro hac vice*)
    45 Broadway, 16th Floor
    New York, New York 10006
    Telephone: (212) 509-9400
    Facsimile: (212) 509-9492
    Attorneys for Defendant, AIR FRANCE

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: _____4/13_____, 2009

        _____
        United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

2

STIPULATION AND ORDER OF DISMISSAL
Case No. CV 08-00134-SC

**PROOF OF SERVICE**
Case: *Carmelita Llorera, Estate of Romiel Llorera v. Air France-KLM, Compagnie National Air France,*
**United States District Court, for the Northern District of California**
**Case No.  CV 08-001:34-SC**

I, MARIE B. DE VEYRA, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Los Angeles, County of Los Angeles, State of California, in the office of a member of the bar of this court, at whose direction the service was made.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within entitled action.  My business address is Cozen O'Connor, 777 South Figueroa Street, Suite 2850, Los Angeles, California 90017.

I caused to be served the following documents: **STIPULATION AND ORDER OF DISMISSAL**

I caused the above document(s) to be served on each person on the attached list by the following means:

[XX]   I enclosed true and correct copies of said document(s) in an envelope and placed it for collection and mailing with the United States Post Office on **April 9, 2009**, following the ordinary business practice.

*(Indicated on the attached address list by an [M] next to the address.)*

[  ]   I enclosed true and correct copies of said document(s) in an envelope, and placed it for collection and mailing via Federal Express Overnight Delivery on _____, for guaranteed delivery on _____, following the ordinary business practice.

*(Indicated on the attached address list by an [FD] next to the address.)*

[  ]   I consigned true and correct copies of said document(s) for facsimile transmission on _____.

*(Indicated on the attached address list by an [F] next to the address.)*

[  ]   I enclosed true and correct copies of said document(s) in an envelope, and consigned it for hand delivery by messenger on _____, 2009

*(Indicated on the attached address list by an [H] next to the address.)*

1  [XX]   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the attached Service List.  A confirmation of successful transmission is attached/ I did not receive, within a reasonable time after the transmission, and electronic message or other indication that the transmission was unsuccessful.

*(Indicated on the attached address list by an [E] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **April 9, 2009**, at Los Angeles, California.

_____
MARIE B. DE VEYRA

1 | **SERVICE LIST**
2 | Case: *Carmelita Llorera, Estate of Romiel Llorera v. Air France-KLM, Compagnie National Air France,*
3 | United States District Court, for the Northern District of California
  | Case No.  CV 08-001:34-SC
4 |
5 | Alexander Anolik, Esq.
  | ALEXANDER ANOLIK, A PLC
6 | 2107 Van Ness Avenue
  | San Francisco, CA 94109
7 | Tel: 415-673-3333
  | Fax: 415-673-3548
8 | Email: anolik@travellaw.com
9 | [M, E]